UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEAL GOLDMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RISHI GAUTAM, RIVERFORCE PARTNERS, INC., RIVER CITIES INVESTMENTS, LLC, and PAUL PENNEY<br><br>　　　　　Defendants. | Case No. 21-cv-00313 (JMF) |

## NOTICE OF MOTION TO DISMISS VERIFIED COMPLAINT

PLEASE TAKE NOTICE that, upon the Memorandum of Law in support of this motion, Declaration of Adam B. Michaels, as well as all papers previously submitted in these proceedings, defendant Paul Penney will move this Court, at the United States District Courthouse for the Southern District of New York, on a date and time to be designated by the Court, for an Order dismissing Counts 2, 3 and 4 of Plaintiff Neal Goldman's Verified Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b).

PLEASE TAKE FURTHER NOTICE that counsel for Mr. Penney hereby requests oral argument.

Dated: February 5, 2020　　　　　　　HAND BALDACHIN & ASSOCIATES LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Adam B. Michaels
　　　　　　　　　　　　　　　　　　　　　amichaels@hballp.com
　　　　　　　　　　　　　　　　　　　　1740 Broadway, 15th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Tel: (212) 956-9500
　　　　　　　　　　　　　　　　　　　　Fax: (212) 376-6080

　　　　　　　　　　　　　　　　　　　*Attorneys for defendant Paul Penney*