UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                             :

NEAL GOLDMAN,                                                   :

                           Plaintiff,                         :
                                                                      :     21-CV-313 (JMF)
              -v-                                            :
                                                                     :        ORDER

RISHI GAUTAM et al.,                               :

                        Defendants.                   :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated May 21, 2021, Defendants Rishi Gautam, RiverForce Partners, Inc., River Cities Investments, LLC, were required to file an answer to the Amended Complaint by June 8, 2021.  *See* ECF No. 23.  To date, those Defendants have not satisfied their obligation.  As a courtesy, the deadline is hereby extended to **June 16, 2021**.  The initial pretrial conference scheduled for June 17, 2021, is ADJOURNED to **June 24, 2021**, at **4:30 p.m.**  Unless and until the Court orders otherwise, the parties need not submit a new joint letter or proposed case management plan in advance of the rescheduled conference.

       SO ORDERED.

Dated: June 11, 2021
       New York, New York                                             JESSE M. FURMAN
                                                                  United States District Judge